**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**CARLTON XAVIER MATHEWS,**

      **Plaintiff,**

**v.**                                    **Case No. 3:26-cv-849-AW-ZCB**

**CAPTAIN HUGE, et al.,**

      **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 10) and incorporate it into this order. I have considered de novo the issues raised in Plaintiff's objections (ECF No. 16), and I overrule all objections.

Plaintiff's failure-to-protect claims against Defendants Huge, Lusk, McDaniels, Lambert, Nicholas, Young, McLean, Shields, and Evans are dismissed for failure to state a claim. Plaintiff's failure-to-protect claim against Defendant Spear (to the extent it arises from the October 21, 2023, headbutting) is dismissed for failure to state a claim.

The magistrate judge will conduct further appropriate proceedings as to all remaining claims.

1

SO ORDERED on July 28, 2026.

s/ *Allen Winsor*
Chief United States District Judge