UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARLTON XAVIER MATHEWS,
Plaintiff,

v. Case No.: 3:26-cv-849-AW-ZCB

OFFICER SPEAR, et al.,
Defendants.
_________________________________/

# ORDER

Plaintiff is a prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. The Court previously ordered Plaintiff to either file a notice that he intends to serve process on Defendants Spear and Streeit or a request that service be made by the U.S. Marshals Service (USMS). (Doc. 18). If Plaintiff requested service by the USMS, Plaintiff was ordered to submit two service copies of his second amended complaint (Doc. 9) and submit payment in the amount of $16.00 to cover the costs of service. (Doc. 18).

Plaintiff has not filed the notice or the request required by the prior order.[1] But the USMS has informed the Court that it received a $16.00

[1] Plaintiff's August 4, 2026, notice (Doc. 19) and motion to appoint counsel (Doc. 20) say nothing about service.

money order from Plaintiff. (Doc. 22). Thus, the Court presumes Plaintiff is requesting that the USMS serve process in this case. There is no indication in the USMS's notice (Doc. 22) or on the docket that Plaintiff has submitted two service copies of his second amended complaint (Doc. 9). Before the USMS can complete service, Plaintiff must submit two service copies, as required by the Court's prior order. (Doc. 18 at 3).

Accordingly, it is **ORDERED** that:

1. Within **twenty-one days** of the date of this order, Plaintiff must submit two service copies of the second amended complaint, which are identical to each other and to the second amended complaint filed with the Court (Doc. 9). The Court will direct the U.S. Marshals Service to effect service upon receipt of the two service copies.

2. The U.S. Marshals Service shall not deposit Plaintiff's $16.00 money order (Doc. 22 at 2) until the Court orders service of Plaintiff's second amended complaint.[2]

---

[2] If Plaintiff fails to comply with the order to submit the two service copies, or otherwise indicates prior to service being ordered that he no longer wishes to prosecute his claims, the Court will recommend dismissal and direct the USMS to return Plaintiff's money order to him. Plaintiff is advised that once his two service copies are received and the Court directs the USMS to effect service, his $16.00 money order will be deposited by the USMS and those funds will not be refunded, even if Plaintiff subsequently decides to no longer prosecute his claims.

3. The Clerk of Court is directed to provide a copy of this order to the U.S. Marshals Service.

4. Plaintiff's failure to comply with this order likely will result in dismissal of this case.

**DONE AND ORDERED** this 2nd day of September 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge